JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERNESTINE VANESSA HOLLEY, ) | Case No.: 5:23-cv-01901-JDE |
| ) | |
| Plaintiff, ) | |
| vs. ) | JUDGMENT OF REMAND |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court having approved the parties' Stipulation to Remand (Dkt. 17, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 15, 2024

JOHN D. EARLY
United States Magistrate Judge